1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   THOMAS JOSEPH MELGER,                    No.  2:21-cv-01686-TLN-JDP

12              Plaintiff,

13         v.                                 **ORDER**

14   CITY OF ROSEVILLE POLICE, et al.,

15              Defendants.

16

17         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On May 30, 2023, the magistrate judge filed findings and recommendations herein which

21   were served on Plaintiff, and which contained notice to Plaintiff that any objections to the

22   findings and recommendations were to be filed within fourteen days.  Plaintiff has not filed

23   objections to the findings and recommendations.

24         The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602

25   F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.

26   *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the

27   magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").

28   Having reviewed the file, the Court finds the findings and recommendations to be supported by

1

1   the record and by the proper analysis.

2          Accordingly, IT IS HEREBY ORDERED that:

3          1.  The findings and recommendations filed May 30, 2023 (ECF No. 11), are ADOPTED

4   IN FULL;

5          2.  This action is DISMISSED for failure to prosecute and failure to comply with Court

6   orders, for the reasons set forth in the November 2, 2022 order; and

7          3.  The Clerk of Court is directed to close the case.

8   Dated:  June 28, 2023

9

10

11

12          _____
            Troy L. Nunley
            United States District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2